NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAUKAT ALI,<br><br>      Plaintiff,<br><br>      v.<br><br>JERSEY CITY PARKING AUTHORITY,<br>NIKO TAMTASURI, MARY F.<br>PARETTI,<br>      Defendants. | Civil Action No. 13-cv-02678 (SDW) (MCA)<br><br>**ORDER**<br><br>April 16, 2014 |

WIGENTON, U.S.D.J.:

This matter comes before the Court upon (1) motion by Plaintiff Shaukat Ali ("Plaintiff" or "Ali") for default judgment (July 8, 2013, ECF No. 11) and (2) cross-motion to set aside default and motion to dismiss Plaintiff's Third Amended Complaint ("TAC") pursuant to Fed. R. Civ. P. 12(b)(6) by Jersey City Parking Authority, Pius Niko Tampusari, improperly named as "Niko Tamtasuri," and Mary F. Paretti (collectively "Defendants") (January 1, 2014, ECF No. 18). Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this 16th day of April, 2014;

**ORDERED** that Plaintiff's motion to enter default judgment is **denied;**

**ORDERED** that Defendants' cross-motion to set aside default is **granted**;

**ORDERED** that the default entered against Defendants by the clerk of the court on June 7, 2013 is **vacated**;

**ORDERED** that Defendants' motion to dismiss the TAC is **granted**;

**ORDERED** that Plaintiff's TAC is **dismissed in its entirety, with prejudice**.

s/Susan D. Wigenton  
Susan D. Wigenton , U.S.D.J.

| | |
|---|---|
| Date: | April 16, 2014 |
| Original: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Madeline C. Arleo, U.S.M.J. |
| | File |